IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| DRIP CAPITAL, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **2:23-CA-00037-AM-MHW** |
| v. | ) | |
| | ) | APPLICATION FOR CLERK'S |
| BENXI FORWARDING TRANSFER | ) | ENTRY OF DEFAULT JUDGMENT |
| AND SERVICES, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

COMES NOW DRIP CAPITAL, INC. ("Drip Capital"), plaintiff, and hereby applies and requests the Clerk to enter a default judgment "for a sum certain or a sum that can be made certain by computation" against Defendant, BENXI FORWARDING TRANSFER AND SERVICES, INC., pursuant to Fed. R. Civ. P. 55(b)(1).

1. On October 30, 2023, the Court granted Drip Capital's request for entry of default, and the Court entered an order directing the Clerk of the Court to enter default of Benxi (Dkt. #13).

2. Drip Capital's damages are for a sum certain or a sum that can be made certain by computation. Specifically, as set forth in the accompanying Declaration of Soumyadri Chattopadhyaya, Drip Capital's General Counsel ("Chattopadhyaya Declaration"), damages are $1,552,110, with pre-judgment interest at the rate of 8.5% (simple interest) from the date of the filing of this case, August 8, 2023, through the date before Judgement is entered, and with 8.5% interest to accrue upon the Judgement once entered, compounded annually, upon the amount of the Judgment until satisfied.

WHEREFORE, DRIP CAPITAL hereby requests that the Clerk of the Court enter Judgment in the form of the Proposed Judgment annexed as Exhibit A to the Chattopadhyaya Declaration.

DATED:  November 10, 2023

Respectfully submitted,

Richard J.J. Scarola
New York Bar No.: 1885177
Scarola Zubatov Schaffzin PLLC
620 Fifth Avenue, 2nd Floor
New York, NY 10020
Tel: (212) 757-0007
Fax: (212) 757-0469
Email: rjjs@szslaw.com

*/s/ Rand J. Riklin*
Rand J. Riklin
Texas Bar No.: 16924275
Goode Casseb Riklin Choate & Watson
2122 N. Main Ave.
P.O. Box 120480
San Antonio, Texas 7822-9680
Telephone: (210) 733-6030
Facsimile: (210) 733-0330
E-mail: riklin@goodelaw.com